**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------------X

DEVORAH DONNELL, M.D.,

Plaintiff,

v.

PROHEALTH PHYSICIANS, INC.,

Defendant.

---------------------------------------------------------------X

Civil Action No.: 20-cv-01744(JCH)

**STIPULATION TO AMEND COMPLAINT TO ADD A PARTY**

**WHEREAS**, on November 19, 2020, Plaintiff Devorah Donnell, M.D. filed a Complaint against Defendant ProHealth Physicians, Inc.

**WHEREAS**, on November 20, 2020, Defendant ProHealth Physicians, Inc. executed a waiver of service and the deadline to answer or otherwise respond to the Complaint is currently January 19, 2021.

**WHEREAS,** Plaintiff intends to file an Amended Complaint to include ProHealth Physicians, P.C. as an additional Defendant.

**WHEREAS,** counsel for Defendant ProHealth Physicians, Inc. will also be representing ProHealth Physicians, P.C. and consented to the proposed amendment adding ProHealth Physicians, P.C. subject to any and all defenses.

**THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between counsel for Plaintiff Devorah Donnell, M.D., and Defendant ProHealth Physicians, Inc., that,

1. Plaintiff will file an Amended Complaint to add Defendant ProHealth Physicians, P.C. as an additional party.

2. Defendant's undersigned counsel agrees to accept service of the Amended Complaint on behalf ProHealth Physicians, P.C.

3. The revised deadline for all Defendants to answer or otherwise respond to the Amended Complaint shall be January 26, 2021.

Dated: January 5, 2021
Hartford, CT

**MADSEN, PRESTLEY & PARENTEAU, LLC**

By: ____/s/____________________
Todd D. Steigman (CT 26875)

402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
tsteigman@mppjustice.com

**WIGDOR LLP**

Michael J. Willemin
(*pro hac vice admission pending*)
Bryan L. Arbeit
(*pro hac vice admission pending*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
barbeit@wigdorlaw.com

*Counsel for Plaintiff*

**SEYFARTH SHAW LLP**

By: ____________/s/________
Cameron Smith
Lynn A. Kappelman (CT 03480)

620 Eighth Avenue
New York, NY 10018
Tel: (212) 218-5605
Fax: (917) 344-1333
casmith@seyfarth.com
lkappelman@seyfarth.com

CERTIFICATE OF SERVICE

I hereby certify that on January 5, 2021, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the Court's CM/ECF System.

Cameron Smith, Esq.
SEYFARTH SHAW LLP
620 Eighth Avenue
New York, NY 10018
Counsel for Defendant

Lynn Kappelman, Esq.
SEYFARTH SHAW LLP
2 Seaport Ln #300
Boston, MA 02210
Counsel for Defendant

/s/
Todd D. Steigman (CT 26875)

MADSEN, PRESTLEY & PARENTEAU, LLC
402 Asylum Street
Hartford, CT 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
tsteigman@mppjustice.com