**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

---------------------------------------------------------- X
DEVORAH DONNELL, M.D., :
:
Plaintiff, : Case No.: 20-cv-01744 (JCH)
:
v. :
:
PROHEALTH PHYSICIANS, INC. and : **STIPULATION OF DISMISSAL**
PROHEALTH PHYSICIANS, P.C., :
:
Defendants. :
---------------------------------------------------------- X

**IT IS HEREBY** stipulated and agreed by and between the undersigned, counsel for Plaintiff Devorah Donnell, M.D. ("Plaintiff") and counsel for Defendants ProHealth Physicians, Inc. and ProHealth Physicians P.C. ("Defendants") that the Second Amended Complaint and all claims asserted against Defendants in the above-captioned matter are dismissed with prejudice and without costs, expenses or attorneys' fees being awarded to any party.

**MADSEN, PRESTLEY & PARENTEAU, LLC**

Todd D. Steigman (CT 26875)

402 Asylum Street
Hartford, CT, 06103
Tel: (860) 246-2466
Fax: (860) 246-1794
tsteigman@mppjustice.com

**WIGDOR LLP**

______________________
Michael J. Willemin
(admitted *pro hac vice*)
Alfredo J. Pelicci
(admitted *pro hac vice*)

85 Fifth Avenue
New York, NY 10003
Telephone: (212) 257-6800
Facsimile: (212) 257-6845
mwillemin@wigdorlaw.com
apelicci@wigdorlaw.com

*Counsel for Plaintiff*

Dated: August 18, 2021

**SEYFARTH SHAW LLP**

______________________
Lynn A. Kappelman (CT 03480)

2 Seaport Ln, #300
Boston, MA 02210
Tel: (617) 737-1900
Fax: (617) 790-5360
lkappelman@seyfarth.com

Cameron Smith
(admitted *pro hac vice*)
Victoria Vitarelli
(admitted *pro hac vice*)

620 Eighth Avenue
New York, New York 10018
Tel: (212) 218-5500
Fax: (212) 218-5526
casmith@seyfarth.com
vvitarelli@seyfarth.com

*Counsel for Defendants*

Dated: August 18, 2021

So Ordered,

______________________
Honorable Janet C. Hall
United States District Court Judge